**No. 61017.**—S. S. Kresge Co. et al. v. United States, protests 122234–K, etc. (Baltimore).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the items marked "A" consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 as manufactures of papier mâché was sustained. The items marked "B," stipulated to consist of articles, composed wholly or in chief value of wood, the same as those involved in said Abstract 56975, were held dutiable at 33⅓ percent under paragraph 412 as manufactures wholly or in chief value of wood, not specially provided for, as claimed.

**No. 61018.**—Manca, Inc. v. United States, protest 281738–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of heating stages for microscopes, which are properly classifiable under paragraph 360, as modified, supra, for other scientific and laboratory instruments, the claim of the plaintiff was sustained.